# WILMERHALE

October 28, 2021

**Lori A. Martin**

+1 212 295 6412 (t)
+1 212 230 8888 (f)
lori.martin@wilmerhale.com

**VIA ECF**

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Carfora et al. v. Teachers Insurance and Annuity Association of America et al.*
No. 1:21-cv-08384 (PKC)

To the Honorable P. Kevin Castel:

We have recently been retained to represent defendants Teachers Insurance and Annuity Association of America and TIAA-CREF Individual & Institutional Services, LLC (together, "TIAA") in the above-captioned case. Pursuant to Rule 1.B of Your Honor's Individual Practices, we respectfully request an extension of time to evaluate and respond to the claims and allegations in Plaintiffs' complaint. Plaintiffs served TIAA on October 15, 2021, and TIAA's response is currently due on November 5, 2021. We request a 24-day extension to and including November 29, 2021 to file a pre-motion letter that will discuss our proposed motion to dismiss. There have been no previous requests for an extension of time and no date has been set for the initial pretrial conference or any other conferences.

Plaintiffs consent to the proposed extension. In the event that the Court authorizes Defendants to proceed with the motion, the parties will, as required by the Court's rules, submit a proposed schedule for the motion.

Thank you for your consideration.

Respectfully Submitted,

*Lori A. Martin*

Lori A. Martin

cc: All Counsel of Record by ECF

*[Handwritten annotation: Time to answer letter or submit premotion letter is extended to November 29 for all defendants. SO ORDERED. /s/ [Castel], USDJ, 10-28-21]*

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007
Beijing   Berlin   Boston   Brussels   Denver   Frankfurt   London   Los Angeles   New York   Palo Alto   San Francisco   Washington