**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

**JOHN CARFORA ET AL.,** *individually and as representatives of a class of similarly situated individuals*,

                     **Plaintiffs,**

      -against-

**TEACHERS INSURANCE ANNUITY ASSOCIATION OF AMERICA and TIAA-CREF INDIVIDUAL & INSTITUTIONAL SERVICES, LLC,**

                     **Defendants.**

------------------------------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Jan. 14, 2022

**21-cv-8384 (ALC)**

<u>**ORDER SCHEDULING CONFERENCE**</u>

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court will conduct a telephone status conference in this action on January 18, 2022 at 2:30 p.m. All parties shall appear and contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated:**   **January 14, 2022**
         **New York, New York**

                                                   **ANDREW L. CARTER, JR.**
                                                   **United States District Judge**