**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JOHN CARFORA, SANDRA PUTNAM, and
JUAN GONZALES, individually and as
representatives of a class of similarly situated
individuals,

Plaintiffs,

-against-                                              21 **CIVIL** 8384 (KPF)


**JUDGMENT**

TEACHERS INSURANCE ANNUITY
ASSOCIATION OF AMERICA and TIAA-CREF
INDIVIDUAL & INSTITUTIONAL
SERVICES, LLC,

Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated September 27, 2022, Defendants' motion to

dismiss is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

September 28, 2022


**RUBY J. KRAJICK**

_____
**Clerk of Court**

BY:          *K. mango*

_____
**Deputy Clerk**