**Schlichter Bogard**

100 South 4th Street, Suite 1200  
St. Louis, MO 63102

314.884.7703  
1.800.873.5297

Joel Rohlf

jrohlf@uselaws.com

April 25, 2025



**ECF**
Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

  Re: *Carfora v. TIAA*, No. 1:21-cv-08384 (KPF)

Dear Judge Failla:

  Plaintiffs respectfully submit this letter regarding discovery materials that Plaintiffs filed provisionally under seal in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint for Lack of Class Standing Concerning Plans in Which Plaintiffs Did Not Participate (105).

  Plaintiffs conferred with TIAA, and TIAA requested that Plaintiffs file Exhibit 1 (TIAA_CARFORA_0002902775) provisionally under seal in accordance with the Protective Order (Doc. No. 88) and Rule 9 of the Court's Individual Rules of Practice in Civil Cases. TIAA, the party that designated Exhibit 1 to the Declaration of Joel Rohlf as Confidential, will have three business days to file a motion to permanently seal or redact Exhibit 1. Plaintiffs take no position regarding TIAA's request.

                    Sincerely,

                     Joel D. Rohlf

Application GRANTED. The Court will determine whether Exhibit 1 (Dkt. #112-1) will remain permanently under seal upon review of TIAA's submission.

The Clerk of Court is directed to terminate the pending motion at docket entry 111.

Dated:   April 28, 2025          SO ORDERED.
         New York, New York

                                 *[signature: Katherine Polk Failla]*

                                 HON. KATHERINE POLK FAILLA
                                 UNITED STATES DISTRICT JUDGE