**Schlichter Bogard**

100 South 4th Street, Suite 1200    314.884.7703
St. Louis, MO 63102    1.800.873.5297

Joel Rohlf    jrohlf@uselaws.com



_**Via ECF**_

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

MEMO ENDORSED

February 3, 2026

_**Re:**_    _**Carfora et al. v. TIAA et al.**_**, No. 21-08384 (KPF) (S.D.N.Y.)**
**Motion for Leave to File Redacted Declaration and Exhibit Under Seal in Support of Opposition to Third Party Plan Sponsors' Supplemental Submissions Regarding Burden of Complaince with Plaintiffs' Subpoenas (Doc. 228)**

Dear Judge Failla:

Pursuant to Rule 9 of the Court's Individual Practices and Paragraph 9 of the Protective Order entered by the Court on August 16, 2024 (Doc. 88), Plaintiffs seek leave to file a redacted declaration and sealed exhibit in support of their Opposition to the Third Party Plan Sponsors' Supplemental Submissions Regarding Burden of Compliance with Plaintiffs' Subpoenas ("Opposition") (Doc. 228) under seal.

The exhibit Plaintiffs seek leave to file under seal is portions of a deposition transcript. Plaintiffs took the deposition on January 29, 2026. The Protective Order entered by the Court mandates that "[d]uring the 30-day period following a deposition, all Parties will treat the entire deposition transcript as if it had been designated Confidential." _See_ Doc. 88 at 4. Given that less than 30 days have passed since the deposition, Plaintiffs seek leave to file the transcript under seal to comply with this Court's Protective Order. The declaration also quotes a portion of the transcript. For the same reason, Plaintiffs seek leave to file a redacted version of the declaration. Plaintiffs, however, take no position on whether the transcript and portion of the declaration satisfy the requirements for sealing.

For these reasons, Plaintiffs respectfully request that the Court allow Plaintiffs to file a redacted declaration and exhibit under seal in support of their Opposition.

Respectfully submitted,

s/ Joel D. Rohlf
Joel D. Rohlf
SCHLICHTER BOGARD LLC
100 South Fourth Street, Suite 1200
St. Louis, MO 63102
Tel.: (314) 621-6115/ Fax: (314) 621-5934
jrohlf@uselaws.com
_Attorneys for Plaintiffs & the Proposed Class_

cc: All counsel of record (via ECF)

Application GRANTED.  The Clerk of Court is directed to maintain docket entry 231 under seal.  Further, the Clerk of Court is directed to terminate the pending motion at docket entry 230.

Dated:     February 4, 2026          SO ORDERED.
           New York, New York


HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE